UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JAMES STRUNK, | |
|---|---|
| Choose an item., | 24cv6024 (LTS) |
| -against- | |
| ZHOU FANG, WILLIAM PINKSY, | CIVIL JUDGMENT |
| Choose an item.. | |

    For the reasons stated in the October 29, 2024, order, this action is dismissed. By order dated August 13, 2024, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated:  November 6, 2024
           New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge